ROSA, DEMANDANTE Y APELANTE, *v.* SEISE,
DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Primera, en pleito sobre cobro de dinero.

No. 2498.—Resuelto en febrero 6, 1922.

JURISDICCIÓN POR RAZÓN DE LA CUANTÍA—EXCEPCIÓN PREVIA DE FALTA DE JURISDICCIÓN.—Alegándose en una demanda que las ganancias de una sociedad disuelta cuya liquidación se pide importan $2,000 de cuya suma corresponde al demandante el 20 por ciento, o sea $400, es preciso concluir que la corte de distrito carecía de jurisdicción para conocer del pleito, aún cuando en su alegato exprese el demandante que en la liquidación pudo haberle correspondido más de $500.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. M. Tous Soto y V. M. Fernández.*

Abogados del apelado: *Sres. L. Muñoz Morales, L. Villa-ronga y P. G. Quiñones.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

La Corte de Distrito de San Juan, Sección Primera, declaró con lugar una excepción previa a la demanda formulada en este caso y el demandante apeló alegando en oposición al demandado que la demanda determinaba una causa de acción y que como la suma cuyo pago se ordenara podría ser más de $500, que la Corte de Distrito de San Juan tenía jurisdicción.

Nos referiremos primero a la cuestión de jurisdicción. El demandante alegó la constitución de una sociedad mercantil entre Epifanio Rosa y José Mercedes Seise, la disolución actual o liquidación de dicha sociedad que fué solicitada, y el no verificarse el pago al demandante de la suma debídale.

Sostiene el apelante que en la liquidación él pudo haber obtenido más de $500 pero creemos que está obligado por las alegaciones y reclamación hecha en su demanda. En la demanda se alega que las ganancias fueron de $2,000 y el demandante tenía derecho al veinte por ciento de las mismas, o como se ha alegado a $400 con intereses. Esta suma en conjunto era menor de $500. La demanda también se titulaba en "Cobro de Dinero." Bajo estas circunstancias, no reclamándose en la demanda más de $500, la Corte de Distrito de San Juan carecía de jurisdicción.

Por tanto, será innecesario examinar el otro fundamento de excepción previa, debiendo confirmarse la sentencia apelada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey y Hutchison.